13-2653-cv
Whyte v. Barclays Bank

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

**Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24ᵗʰ day of March, two thousand sixteen.

PRESENT:

    Ralph K. Winter,
    Christopher F. Droney,
        *Circuit Judges,*
    Alvin K. Hellerstein,[*]
        *District Judge.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Bettina M. Whyte, as Trustee of the SemGroup Litigation Trust,

    *Plaintiff-Appellant,*

      -v.-                            13-2653-cv

Barclays Bank PLC, Barclays Capital, Inc.,

    *Defendants-Appellees.*[**]
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**FOR PLAINTIFF-APPELLANT:**        Susheel Kirpalani, Quinn Emanuel, Urquhart & Sullivan LLP, New York, NY, Rachel S. Fleishman, William T. Reid IV, & Jeffrey E. Gross, Reid Collins & Tsai LLP, New York, NY

---

[*] The Honorable Alvin K. Hellerstein, of the Southern District of New York, sitting by designation.

[**] We direct the Clerk of Court to amend the caption as noted.

**FOR DEFENDANTS-APPELLEES:**        Robinson B. Lacy, Jeffrey T. Scott, & Andrew E. Gelfand, Sullivan & Cromwell LLP, New York, NY

Appeal from a judgment of the United States District Court for the Southern District of New York (Jed S. Rakoff, *Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff Bettina M. Whyte, as Trustee of the SemGroup Litigation Trust, appeals from the district court's June 12, 2013, judgment granting defendants' motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  The district court held that "the [Bankruptcy Code's] section 546(g) 'safe harbor' impliedly preempts state-law fraudulent conveyance actions seeking to avoid 'swap transactions' as defined by the Code." <u>Whyte v. Barclays Bank PLC</u>, 494 B.R. 196, 201 (S.D.N.Y. 2013). We affirm for substantially the reasons stated in <u>In re: Tribune Company Fraudulent Conveyance Litigation</u>, 13-3992-cv; 13-3875-cv; 13-4178-cv; 13-4196-cv, which was heard in tandem with the present matter.

        FOR THE COURT,

        Catherine O'Hagan Wolfe
        Clerk of Court